DA 12-0154

IN THE SUPREME COURT OF THE STATE OF MONTANA

2012 MT 182N

GARY A. ORAM, JR.,

        Petitioner and Appellant,

  v.

STATE OF MONTANA,

        Respondent and Appellee.

APPEAL FROM:     District Court of the Fifth Judicial District,
                In and For the County of Beaverhead, Cause No. DC-11-13592
                Honorable Loren Tucker, Presiding Judge

COUNSEL OF RECORD:

        For Appellant:

                Gary A. Oram, Jr. (Self-Represented), Missoula, Montana

        For Appellee:

                Steve Bullock, Montana Attorney General, C. Mark Fowler, Assistant
                Attorney General, Helena, Montana

                Jed Fitch, Beaverhead County Attorney, Dillon, Montana

                        Submitted on Briefs:  August 8, 2012

                                Decided:  August 21, 2012

Filed:

_____
                           Clerk

Justice James C. Nelson delivered the Opinion of the Court.

¶1 Pursuant to Section I, Paragraph 3(d), Montana Supreme Court Internal Operating Rules, this case is decided by memorandum opinion and shall not be cited and does not serve as precedent. Its case title, cause number, and disposition shall be included in this Court's list of noncitable cases published in the Pacific Reporter and Montana Reports.

¶2 Gary A. Oram, Jr., a self-represented litigant, has appealed the District Court's February 27, 2012 denial of his petition for postconviction relief. The District Court determined that Oram's petition was not properly verified as required by § 46-21-103, MCA. The court dismissed Oram's petition without prejudice, thus leaving him the ability to amend his petition and provide a more appropriate record. Nevertheless, Oram appealed. Consequently, any further attempts at postconviction relief would be time barred.

¶3 We have determined to decide this case pursuant to Section I, Paragraph 3(d) of our Internal Operating Rules, which provides for noncitable memorandum opinions. Having reviewed the record and the arguments, we affirm the District Court's order.

/S/ JAMES C. NELSON

We Concur:

/S/ MIKE McGRATH
/S/ JIM RICE
/S/ MICHAEL E WHEAT
/S/ BRIAN MORRIS

2